IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Michael Leon Keller | ) |
| | ) Case No. 2:17-cv-02336-JWL-KGG |
| and | ) |
| | ) |
| Mary Elizabeth Keller, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Equifax Information Services, LLC, et. al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT WITH
EQUIFAX INFORMATION SERVICES, LLC ONLY**

COME NOW Plaintiffs and hereby notify the Court that a resolution of this case has been reached with Defendant, Equifax Information Services, LLC, and request that the deadlines in this matter be passed for settlement until the parties can prepare and file a Stipulation of Dismissal.

Respectfully submitted,

/s/ Chelsea S. Springer
Chelsea S. Springer #20522
The Law Offices of Tracy L. Robinson, LC
818 Grand Boulevard, Suite 505
Kansas City, MO  64106
Phone: (816) 842-1317
Fax:     (816) 842-0315
chelseas@tlrlaw.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

This certifies that on this 14th day of August, 2017, the foregoing was filed with the Court via the Electronic Case Filing System.

/s/ Chelsea S. Springer
Attorney for Plaintiffs