# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Michael Leon Keller )<br>)<br>and )<br>)<br>Mary Elizabeth Keller, )<br>       Plaintiffs, )<br>)<br>vs. )<br>)<br>Equifax Information Services, LLC, et. al., )<br>       Defendants. ) | Case No. 2:17-cv-02336-JWL-KGG |

### STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL PLAINTIFFS' CLAIMS AGAINST DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC ONLY

COME NOW Plaintiffs and Defendant Carrington Mortgage Services, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to agree and stipulate to the dismissal WITH PREJUDICE of the above-captioned action, including all of Plaintiffs' claims against Defendant Carrington Mortgage Services, LLC. Each party further agrees to bear its respective costs and attorney fees.

Respectfully Submitted,

| **The Law Offices of Tracy L. Robinson, LC** | **Martin Leigh PC** |
|---|---|
| By: /s/ Chelsea S. Springer | By: /s/ Susan P. DeCoursey |
| Chelsea S. Springer #20522 | Susan P. DeCoursey #16272 |
| 818 Grand Blvd, Suite 505 | 1044 Main St., Suite 900 |
| Kansas City, MO 64106 | Kansas City, MO 64105 |
| Phone: (816) 842-1317 | Phone: (816) 221-1430 |
| Fax:   (816) 842-0315 | Fax:   (816) 221-1044 |
| Email: chelseas@tlrlaw.com | Email: spd@martinleigh.com |
| Attorney for Plaintiffs | Attorney for Defendant<br>Carrington Mortgage Services, LLC |

**SO ORDERED.**