## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Michael Leon Keller | ) |
| | ) Case No. 2:17-cv-02336-JWL-KGG |
| and | ) |
| | ) |
| Mary Elizabeth Keller, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| Equifax Information Services, LLC, et. al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT WITH
## TRANS UNION, LLC ONLY

COME NOW Plaintiffs and hereby notify the Court that a resolution of this case has been reached with Defendant, Trans Union, LLC, and request that the deadlines in this matter be passed for settlement until the parties can prepare and file a Stipulation of Dismissal.

    Respectfully submitted,

    /s/ Chelsea S. Springer
    Chelsea S. Springer #20522
    The Law Offices of Tracy L. Robinson, LC
    818 Grand Boulevard, Suite 505
    Kansas City, MO  64106
    Phone: (816) 842-1317
    Fax:    (816) 842-0315
    chelseas@tlrlaw.com
    Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

This certifies that on this 22nd day of September, 2017, the foregoing was filed with the Court via the Electronic Case Filing System.

    /s/ Chelsea S. Springer
    Attorney for Plaintiffs